**FILED**

MAY 23 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-cr-03387-JAH-3 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Luis Alberto Rodriguez-Moreno, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:371 - Conspiracy; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens

For Financial Gain; *:1324(a)(1)(A) & (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/13/2016

John A. Houston
U.S. District Judge